654

432 A.2d 247

Commonwealth v. Gandy, Appellant.

Submitted December 6, 1979. Roy Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

432 A.2d 247

Commonwealth v. Gardner, Appellant.

Submitted March 21, 1980. Daniel E. Cohen, for appellant; Richard J. Shiroff, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.